Search Warrant

# UNITED STATES DISTRICT COURT
for the
District of Arizona

FILED ___ LODGED
___ RECEIVED ___ COPY

MAY 17 2022

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

| In the Matter of the Search of<br>*(Briefly Describe the property to be searched or identify the person by name and address)*<br><br>Black Volvo XC90 SUV with Arizona License Plate Number CLS2501, Located on the Fort Apache Indian Reservation Within the District of Arizona | Case No. 22-4136mb |
|---|---|

## ELECTRONICALLY ISSUED SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the District of Arizona.

   See Attachment A (incorporated by reference herein).

The person or property to be searched, described above, is believed to conceal:

   See Attachment B (incorporated by reference herein).

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before   May 24, 2022   .
                                                          *(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10 p.m.
☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge.

   <u>Any Magistrate Judge on duty in the District of Arizona</u>   .
           *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*   ☐ for ___ days *(not to exceed 30)*
                                                   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: _____   **Camille D. Bibles**
                                                 *Digitally signed by Camille D. Bibles*
                                                 *Date: 2022.05.10 11:52:18 -07'00'*
                                                 *Judge's signature*

City and State:  <u>Flagstaff, Arizona</u>      Honorable Camille D. Bibles, U.S. Magistrate Judge
                                                 *Printed name and title*

AO 93 (Rev. 01/09) Search and Seizure Warrant (Page 2)

## RETURN

| Case No.: 22-4136mb | Date and Time Warrant Executed: 5/17/2022 1:35 PM | Copy of warrant and inventory left with: Inside Volvo SUV (vehicle searched) |
|---|---|---|

Inventory Made in the Presence of: N/A

Inventory of the property taken and name of any person(s) seized:

- One (1) FujiFilm Quick snap disposable camera (Agent also took digital pictures of indicia, etc)

## CERTIFICATION

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 5/17/2022

Executing officer's signature

Scott E. Flake, Special Agent, FBI

Printed name and title